FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant,
Station Casinos, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GWEN TECSON, an Individual ) | Case No.: 2:21-cv-00518-JCM-EJY |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| ) | |
| vs. ) | |
| ) | **(First Request)** |
| STATION CASINOS, LLC D/B/A ) | |
| PALMS CASINO AND HOTEL ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an extension of time up to and including May 10, 2021, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  Because of deadlines, mediations and depositions in other matters, defense counsel needs further time to review and respond to the allegations.  This is the first request for

1 | an extension of this deadline.

| FISHER & PHILLIPS | HKM EMPLOYMENT ATTORNEYS LLP |
|---|---|
| By: /s/ Scott M. Mahoney, Esq.<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendant | By: /s/ Jenny L. Foley, Ph.D, Esq.<br>Jenny L. Foley, Ph.D, Esq.<br>1785 E. Sahara, Ste. 300<br>Las Vegas, NV 89104<br>Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 23, 2021