# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

GWEN TECSON,

        Plaintiff,

vs.

STATION CASINOS, LLC D/B/A PALMS CASINO AND HOTEL,

        Defendant.

2:21-cv-00518-JCM-EJY

**ORDER**

Before the Court is the Motion for Exemption from ENE (ECF NO. 9). Plaintiff has filed a non-opposition. (ECF No. 12).

Accordingly,

IT IS HEREBY ORDERED that the Motion for Exemption from ENE (ECF NO. 9) is GRANTED. The ENE scheduled for June 16, 2021, is VACATED.

DATED this 17th day of May, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE