**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**REX MARTINEZ, ESQ.**
Nevada Bar No. 15277
E-mail: rmartinez@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| GWEN TECSON, an Individual, | **CASE NO.: 2:21-cv-00518-JCM-EJY** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DIMISS** |
| STATION CASINOS, LLC D/B/A PALMS CASINO AND HOTEL. | |
| Defendant. | **(FIRST REQUEST)** |

Plaintiff GWEN TECSON ("Plaintiff"), and Defendant STATION CASINOS, LLC D/B/A PALMS CASINO AND HOTEL ("Defendant"), by and through their respective attorneys, hereby stipulate and agree as follows:

1.  Plaintiff was served with Defendant's Motion to Dismiss (ECF No. 11) on May 7, 2021.

2.  Plaintiff's response to the Motion to Dismiss is currently due on May 21, 2021.

3.  In order to avoid unnecessary time and expense in connection with motions to dismiss and other litigation matters pertaining to the Motion to Dismiss, the parties have agreed to extend the time by which Plaintiff shall be required to respond to Defendant's Motion to Dismiss by a period of two (2) weeks.

4. Pursuant to this agreement between the parties, Plaintiff shall be required to file a response to the Motion to Dismiss on or before June 4, 2021.

5. Parties agree that good cause exists for the request for the extension of the deadline for a response to the Motion to Dismiss for the above-specified reasons.

6. Parties agree that the requested extension is warranted under the current circumstances and will not result in an undue or significant delay in the administration of this case.

Dated this 21st day of May, 2021.  Dated this 21st day of May, 2021.

HKM EMPLOYMENT ATTORNEYS LLP  FISHER & PHILLIPS LLP

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave., Suite 300
Las Vegas, Nevada 89104
*Attorney for Plaintiff*

/s/ Scott M. Mahoney
Scott M. Mahoney, Esq.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 21, 2021