**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**REX MARTINEZ, ESQ.**
Nevada Bar No. 15277
E-mail: rmartinez@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GWEN TECSON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATION CASINOS, LLC D/B/A PALMS CASINO AND HOTEL.<br><br>Defendant. | **CASE NO.: 2:21-cv-00518-JCM-EJY**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL PLAINITFF'S CLAIMS** |

The Plaintiff Gwen Tecson ("Plaintiff" or "Tecson") by and through her attorneys of record, the law firm of HKM Employment Attorneys LLP, hereby voluntarily dismisses without prejudice all claims against Defendant Station Casinos, LLC D/B/A Palms Casino and Hotel. Plaintiff files this Notice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, which provides that Plaintiff may dismiss an action without a court order when Defendant has not yet filed an answer.

/ / /

/ / /

/ / /

/ / /

1 | Dated: June 4, 2021.

2 | HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Jenny L. Foley*
JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
Telephone: (702) 805-8340
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4 day of June 2021, I caused to be served a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL PLAINITFF'S CLAIMS** on the following persons as follows:

___   by placing the same for mailing in the United States Mail, in a sealed envelope on which first class postage was prepaid in Las Vegas, Nevada and/or

_X_   to be sent via electronic filing with the Clerk of the Court using the Court's electronic filing system and serving all parties with an email address of record who have agreed to receive Electronic Service in this action

_____   to be hand delivered to the persons and/or addresses below:

*/s/ Jai Tanghal*
An Employee of HKM EMPLOYMENT ATTORNEYS LLP